UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

LOWELL FRAZIER,

      Plaintiff

v.                                                    Civil Action No.: 2:05-0482

JO ANNE B. BARNHART,
Commissioner of
Social Security,

      Defendant

MEMORANDUM OPINION AND ORDER

      The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Mary E. Stanley, filed June 14, 2006; and the magistrate judge having recommended that the court deny plaintiff's motion for judgment on the pleadings; grant judgment in defendant's favor; and affirm the final decision of the Commissioner and dismiss this matter from the court's docket; and no objection having been filed to the proposed findings and recommendation, it is ORDERED that:

      1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and the same hereby are, adopted by the court;

2. The plaintiff's motion for judgment on the pleadings be, and it hereby is, denied;

3. That defendant be, and she hereby is, granted judgment in this action; and

4. The decision of the Commissioner be, and it hereby is, affirmed.

The Clerk is directed to forward certified copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: July 7, 2006

John T. Copenhaver, Jr.
United States District Judge